UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Cody Whittaker-Benskin,<br>Defendant. | Case No. 2:20-cr-00068-GMN-VCF-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing scheduled for October 26, 2026, at 10:00 a.m., be vacated and continued to December 8, 2026, at the hour of 10:30 a.m.

DATED this 21 day of October, 2026.

UNITED STATES DISTRICT JUDGE